**LUNAREYE, INC., Appellant**

v.

**Joseph MATAL, Performing the Functions and Duties of the Under Secretary of Commerce for Intellectual Property and Director, U.S. Patent and Trademark Office, Intervenor**

**2016-1413**
**2016-1837**

United States Court of Appeals, Federal Circuit.

July 24, 2017

STEPHEN W. ABBOTT, Prebeg, Faucett & Abbott PLLC, Houston, TX, argued for appellant. Also represented by MATTHEW COMPTON, JR., CHRISTOPHER M. FAUCETT.

LORE A. UNT, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor. Also represented by NATHAN K. KELLEY, THOMAS W. KRAUSE, FRANCES LYNCH, SCOTT WEIDENFELLER, MAI-TRANG DUC DANG.

(Newman, O'Malley, and Stoll, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**